Gus I. Aronow, Appellant, v. Joseph Oscar Sivin, Individually and as Copartner in the Firm of Hirsch, Lilienthal & Co., Respondent, and Charles C. Hirsch and Others, Defendants. (Action No. 1.) Joseph O. Sivin, Respondent, v. Gus I. Aronow, Appellant. (Action No. 2.) — Order denying motion for consolidation of actions affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.

Arthur R. Bond, Respondent, v. Arthur L. Newton, Appellant.— Order granting plaintiff's motion for reargument and on reargument denying defendant's motion to dismiss the complaint for failure to prosecute, entered July 29, 1931, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion for reargument denied, without costs. The order was improvident. No facts were shown justifying a reargument or warranting a denial of the defendant's motion to dismiss for failure to prosecute. The plaintiff's inaction and neglect for four and one-half years were not satisfactorily explained. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.

Charles G. Bond, as Trustee in Bankruptcy of the Bam Realty and Construction Co., Inc., Respondent, v. New York Title and Mortgage Company, Appellant.— Order denying motion to require plaintiff to state and number separately the causes of action and to strike out certain paragraphs of the amended complaint affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.

Mary E. Callahan, as Administratrix, etc., of Hubert J. Callahan, Deceased, Respondent, v. Terminal Cab Corporation and Albert A. Peirson, Appellants.[*] — As to defendant Terminal Cab Corporation, judgment as amended unanimously affirmed, with costs. No opinion. As to defendant Peirson, judgment as amended reversed upon the law and a new trial granted, costs to abide the event. The court erred in its charge at folio 517 with respect to the so-called " second regulation " in regard to traffic. That regulation has no application to the situation herein. (Cohen v. Goodman & Sons, Inc., 189 App. Div. 209.) Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.

Clarkson Building Corporation, Appellant, v. Schafer-Nebenzahl Investing Co., Inc., Respondent, and Barnett Zinick, Also Known as Barney Zinick, Impleaded, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ. [138 Misc. 750.]

Emerson D. Creveling, Respondent, v. Robert D. Blackman, Appellant.— Order granting summary judgment and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.